**2 84-15**

Granted
to 6-1-15
PC
4-27-15

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 24 2015
Abel Acosta, Clerk

DEAR CLERK:

ENCLOSED please find my pro se Defendant's Motion for Extension of Time to file Petition for Discretionary Review. Please File this Motion and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Court's ruling on my Motion.

FILED IN
COURT OF CRIMINAL APPEALS
APR 24 2015
Abel Acosta, Clerk

Sincerly,

FINLEY WRIGHT #01879190
TELFORD UNIT / 8J-31T
3899 STATE HWY 98
NEW BOSTON, TEXAS 75570

ABEL ACOSTA, CLERK

COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711

DEAR CLERK:

Enclosed please find my pro se Defendant's Motion for Extension of Time to file Petition for Discretionary Review. Please file this Motion and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Court's ruling on my Motion.

Sincerly,

FINLEY WRIGHT #01879190

TELFORD UNIT / 8J-31T

3899 STATE HWY 98

NEW BOSTON, TEXAS 75570

NO. 01-13-00838-CR

IN THE

COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

FINLEY WRIGHT, APPELLANT

VS.

THE STATE OF TEXAS, APPELLEE

FROM APPEAL NO. 01-13-00838-CR

TRIAL CAUSE NO. 1334182

HARRIS COUNTY, TEXAS

MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now, FINLEY WRIGH #01879190, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In Suppof of this motion, appellant shows the Court the following:

I

The Petitioner was convicted in the 174TH District Court of Harris County, Texas of the offense of aggravated sexual assault in Cause NO. 1334182 styled State of Texas vs FINLEY WRIGHT #01879190. The Petitioner appealed to the Court of Appeals, FIRST SUPREME Judicial District. The case was affirmed on Febuary 12, 2015.

II

The present deadline for filing the Petition for Discretionary Review is May 15, 2015. The Petitioner has not requested any extensions prior to this request.

## III

Petitioner's request for an extension is based upon the following facts:
Petitioner was not informed of the decision of the Court of appeals in affirming his case until March 27, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal Terrence A. Gaiser # 07572500, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

## IV

The Petitioner is also requesting for a copy of his records that he never recieved in the first place as ordered by the courts in 2013.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 1334182 to July 17, 2015.

FINLEY WRIGHT 01879190

TEXAS DEPARTMENT OF CRIMINA JUSTICE

TELFORD UNIT /8J-31T
3899 STATE HWY 98
NEW BOSTON, TEXAS 75570

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for State, Alan Curry at 1201 Franklin Street, Houston, Texas 77002 and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this 21st day of April 2015.

Finley Wright # 01879190

I FINLEY WRIGHT, TDCJ # 01879190, being presently incarcer-ated in the TELFORD UNIT of the Texas Department of Criminal Justice in New Boston county, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this 21st day of April 2015.

FINLEY WRIGHT #01879190
TELFORD UNIT / 8J-31T
3899 STATE HWY 98
NEW BOSTON, TEXAS 75570